UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIJUE ADOLPHUS MCGHEE,<br><br>   Plaintiff,<br><br>   v.<br><br>SAN MATEO COUNTY SHERIFF'S OFFICE CORRECTIONS DIVISION, et al.,<br><br>   Defendants. | Case No. 23-cv-04161-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. Dkt. No. 1. On February 15, 2024, the Court dismissed the complaint with leave to amend. Dkt. No. 6. The Court informed Plaintiff that the failure to file an amended complaint by March 14, 2024, would result in the dismissal of this action without further notice. *Id.* The deadline to file an amended complaint has passed, and Plaintiff has neither filed an amended complaint nor otherwise communicated with the Court. Accordingly, for the foregoing reasons and for the reasons stated in the Court's February 15, 2024 Order, this action is DISMISSED. The dismissal is without prejudice to filing a motion to reopen accompanied by a proposed amended complaint that addresses the deficiencies identified in the Court's February 15, 2024 Order, and explaining why Plaintiff failed to timely file an amended complaint. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the file.

**IT IS SO ORDERED.**

Dated: 4/17/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge